**DOCKETED**
DEC 1 6 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY PARKER, | ) | Case No. **04C 8095** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge CONLON |
| v. | ) | |
| | ) | Magistrate Judge |
| NICK GRAVES and SGT. CHRIS SODERLUND, individually, | ) | MAGISTRATE JUDGE KEYS |
| | ) | Jury Demand |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, TIMOTHY PARKER, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES LTD., and complaining against the Defendants, NICK GRAVES and SGT. CHRIS SODERLUND individually, states as follows:

### COUNT I-FALSE ARREST

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3) The Plaintiff, TIMOTHY PARKER, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4) The Defendant NICK GRAVES at the time of this incident was the Mayor of

The Village of Harvey, Illinois.

5) The Defendant, SGT. CHRIS SODERLAND, was at all relevant times a duly appointed police officer of the Village of Harvey Police Department acting within his scope of employment and under color of law.

6) On or about December 21, 2002, the Plaintiff was outside of City Hall in Harvey, Illinois with some campaign workers who were working for an individual running for office.

7) Defendant Mayor Graves and the Plaintiff had words.

8) Mayor Graves then instructed SGT. CHRIS SODERLUND to arrest the Plaintiff despite no crime being committed.

9) The Plaintiff TIMOTHY PARKER was not committing any crimes or breaking any laws.

10) The Defendant SGT. CHRIS SODERLUND did not witness the Plaintiff committing any crime or break any laws.

11) There was no probable cause to arrest the Plaintiff TIMOTHY PARKER.

12) Said actions of Defendants, GRAVES and SODERLUND were intentional, willful, and wanton.

13) Said actions of the Defendants, constituted a violation of his Fourth Amendment Rights as protected by 42 U.S.C. §1983.

14) As a direct and proximate cause of the actions of Defendants' NICK GRAVES and SGT. CHRIS SODERLUND, the Plaintiff, TIMOTHY PARKER suffered fear, anxiety, pain, suffering, embarrassment and emotional distress.

WHEREFORE, the Plaintiff, TIMOTHY PARKER, prays for judgment of compensatory damages against the Defendants, NICK GRAVES and Sgt. CHRIS SODERLUND jointly and

severally in excess of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS and punitive damages in excess of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS plus attorneys fees and costs.

## COUNT II - DEPRIVATION OF PROPERTY

1-11) The Plaintiff hereby realleges and incorporates his allegations of paragraphs 1-11 of Count I as his respective allegations of paragraphs 1-11 of Count II as though fully set forth herein.

12) The Plaintiff TIMOTHY PARKER was held for several hours and then released without being charged.

13) The Defendants GRAVES and SODERLAND, however confiscated the Plaintiff's identification, sheriff's badge, credentials and gun.

14) The Defendants refused to return the Plaintiff's Property.

15) The property of the Plaintiff was held without providing the Plaintiff due process.

16) The Plaintiff was a law enforcement Officer of the County of Cook.

17) The Defendants' failure to return the Plaintiff's property deprived the Plaintiff of his police powers as a law enforcement officer and his property.

18) As a result of the actions of the Defendants, the Plaintiff TIMOTHY PARKER suffered embarrassment, anxiety, pain and suffering and loss of property.

19) Said actions of the Defendants GRAVES and SODERLUND were intentional willful and wanton.

WHEREFORE, the Plaintiff, TIMOTHY PARKER, prays for judgment of compensatory damages against the Defendants, NICK GRAVES and SGT. CHRIS SODERLUND jointly and severally in excess of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS and punitive damages in excess of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS plus attorneys fees and costs.

### COUNT III -FAILURE TO ALLOW LEGAL COUNSEL

1-11) The Plaintiff hereby realleges and incorporates his allegations of paragraphs 1-11 of Count II as his respective allegations of paragraphs 1-11 of Count III as though fully set forth herein.

12) After being taken into custody, the Plaintiff immediately requested a telephone to obtain an attorney.

13) The Plaintiff was refused a telephone call and an attorney.

14) Said actions violated his Constitutional Rights.

15) Said actions of the Defendants were intentional wilful and wanton.

16) As a direct and proximate cause of the action of the Defendants, GRAVES and SODERLAND the Plaintiff suffered violations of his Constitutional Rights, fear, embarrassment, anxiety, pain and suffering.

WHEREFORE, the Plaintiffs, TIMOTHY PARKER, prays for judgment against the Defendants, NICK GRAVES and Sgt. CHRIS SODERLUND jointly and severally for compensatory damages in excess of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS and punitive damages in excess of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS plus attorneys fees and costs. Griveces

## JURY DEMAND

The Plaintiff, TIMOTHY PARKER, requests a trial by jury.

Respectfully submitted,
TIMOTHY PARKER,

_____
GREGORY E. KULIS
GREGORY E. KULIS AND ASSOCIATES, LTD.
Attorneys for the Plaintiff


GREGORY E. KULIS AND ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312)580-1830

JS 44
(Rev. 12/96)  CIVIL COVER SHEET 04C 8095

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**DOCKETED DEC 16 2004**

**JUDGE CONLON**
**MAGISTRATE JUDGE KEYS**

I.(a) PLAINTIFFS

TIMOTHY PARKER

DEFENDANTS

NICK GRAVES and SGT. CHRIS SODERLUND

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gregory E. Kulis and Associates, Ltd.
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 791 Empl Ret Inc Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | |
| | / ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

VIOLATION OF 42 U.S.C. Section 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A **CLASS ACTION**   ☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND:   ☒ YES   ☐ NO

VIII. This case   ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE  12/15/04

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



JUDGE CONLON
MAGISTRATE JUDGE KEYS

04C 8095

In the Matter of

TIMOTHY PARKER,
        Plaintiff,
v.
NICK GRAVES and SGT. CHRIS SODERLUND, individually

Case Number: DOCKETED DEC 16 2004

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

TIMOTHY PARKER

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Gregory E. Kulis | NAME: Kathleen Coyne Ropka |
| FIRM: Gregory E. Kulis and Associates | FIRM: Gregory E. Kulis and Associates |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: Chicago, Illinois 60602 |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: 312/580-1830 |
| IDENTIFICATION NUMBER: state of Illinois 6180966 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Shehnaz I. Mansuri | NAME: |
| FIRM: Gregory E. Kulis and Associates | FIRM: |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.